In the Matter of the Estate of SARAH S. LANSING, Deceased.— Decree affirmed, with costs. All concur.

UTICA GAS AND ELECTRIC COMPANY, Respondent, v. JOHN SHERMAN and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concur.

JOHN J. COSTELLO and Another, Appellants, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY and Another, Respondents.— Judgment affirmed, with costs. All concur.

HENRY W. SHONGO, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

MICHAEL ERON, Respondent, v. ABE SCHAFER, Appellant.— Judgment and order reversed on the law, and a new trial granted, with costs to appellant to abide event, on the ground that the question asked a juror by plaintiff's counsel constituted reversible error. All concur, except Davis, J., who dissents on the ground that the record is not sufficient to disclose misconduct on the part of plaintiff's counsel.

JOSEPH TUSIAK, Respondent, v. LUCAS ZABAOWSKI and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

TRADERS NATIONAL BANK, Respondent, v. JACOB LASKIN and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

NICHOLAS J. DEVEREAUX, Plaintiff, v. THE PENNSYLVANIA RAILROAD COMPANY, Defendant.— Plaintiff's motion upon exceptions dismissed and discontinued, without costs, upon stipulation filed.

CURRY-O'REILLY COMPANY, Respondent, v. HOUSEL PACKING COMPANY, Appellant.— Motion to dismiss appeal granted, unless the appellant shall be ready to argue the appeal at the opening of the January, 1924, term and shall pay to respondent's attorney ten dollars costs.

ADA E. VISGER, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

REUBEN MELENKY, Respondent, v. ASHER P. MELEN, Appellant.— Motion to amend order of affirmance entered March 14, 1923, so as to disapprove the fifth finding of fact, denied. [See 206 App. Div. 649.]

WALTER L. NEVINGER, Respondent, v. HUGH N. GILLETT, Appellant.— Motion to dismiss appeal granted, unless appellant shall be ready for argument at opening of January, 1924, term, and shall pay to respondent's attorney ten dollars costs.

---

## FIRST DEPARTMENT, DECEMBER, 1923.

MADELINE POLLACK, etc., v. LEONARD W. POLLACK.— Motion granted on condition that appeal be argued or submitted on December 14, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.